UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR., <br><br> Plaintiff, <br><br> v. <br><br> DAN STITES et al., <br><br> Defendants. | CASE NO. C18-983 MJP-BAT <br><br> **ORDER DENYING MOTION TO APPOINT COUNSEL** |

The Court DENIES plaintiff's motion appointment of counsel. Dkt. 11. A person has no right to counsel in civil actions. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). The Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only in "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). In assessing "exceptional circumstances" the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look,* 718 F.2d 952, 954 (9th Cir.1983). Plaintiff argues his lack of training, and difficulty communicating are exceptional circumstances justifying appointment of counsel. But these factors are typical of most prisoner

ORDER DENYING MOTION TO APPOINT COUNSEL - 1

law suits and are thus not exceptional. Petitioner has also demonstrated via the pleadings he has filed that he can articulate his claims.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 5th day of September, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge