UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR., <br><br> Plaintiff, <br><br> v. <br><br> DAN STITES et al., <br><br> Defendants. | CASE NO. C18-983 MJP-BAT <br><br> **ORDER DENYING MOTION TO ADD ADDITIONAL DEFENDANTS** |

The Court **DENIES** plaintiff's motion to add defendants without prejudice. Dkt. 12. The motion was filed in response to the District Judge's order or partial dismissal. If plaintiff seeks to add defendants to the civil rights complaint he filed, Dkt. 5, he should file a motion to amend the complaint setting forth the names of the new defendants and the facts supporting why and how they violated plaintiff's constitutional rights.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 12th day of October, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION TO ADD ADDITIONAL
DEFENDANTS - 1