UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR., <br><br> Plaintiff, <br><br> v. <br><br> DAN STITES et al., <br><br> Defendants. | CASE NO. C18-983 MJP-BAT <br><br> **ORDER DENYING MOTION TO RECONSIDER APPOINTMENT OF COUNSEL** |

The Court DENIES plaintiff's "Motion Seeking An Reconsideration Of Appointment Of Counsel." Dkt. 28. Motions to reconsider provide an extraordinary remedy, and should not be granted, absent highly unusual circumstances. Here, plaintiff argues his lack of legal training, difficulty with access to the courts, and complexity of his case put him at a disadvantage. But these arguments apply to most pro se prisoner law suits and are thus not extraordinary grounds for reconsideration. The Clerk shall provide a copy of this Order to plaintiff.

DATED this 3rd day of January, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION TO RECONSIDER
APPOINTMENT OF COUNSEL - 1