UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR., <br><br> Plaintiff, <br><br> v. <br><br> DAN STITES et al., <br><br> Defendants. | CASE NO. C18-983 MJP-BAT <br><br> **SECOND ORDER DENYING MOTION TO RECONSIDER APPOINTMENT OF COUNSEL** |

The Court **DENIES** plaintiff's "Motion To Reconsider Appointment Of Counsel." Dkt. 34. A Reconsideration Motion is an extraordinary remedy and should not be granted, absent highly unusual circumstances. Plaintiff again argues his lack of legal training, difficulty with access to the courts, and complexity of his case put him at a disadvantage. These arguments apply to most pro se prisoner law suits and are not extraordinary grounds for reconsideration. The Clerk shall provide a copy of this Order to plaintiff.

DATED this 23rd day of January, 2019.

*[signature]*

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

SECOND ORDER DENYING MOTION TO RECONSIDER
APPOINTMENT OF COUNSEL - 1