UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR.,<br><br>                Plaintiff,<br><br>    v.<br><br>DAN STITES et al.,<br><br>                Defendants. | CASE NO. C18-983 MJP-BAT<br><br>**ORDER DENYING MOTION TO COMPEL US PROBATION TO PRODUCE DOCUMENTS** |

The Court **DENIES** plaintiff's "Motion To Order U.S. Probation to Produce Pertinent Document For this Civil Action." **Dkt. 33**. Plaintiff moves the court to order U.S. Probation to produce "A official copy of the 'no harm' contract signed by plaintiff on or about 10/2014 and "the report to why Jerry George Wood . . . was taken to Snohomish County Jail and placed on suicide watch on 10/09/2014 by United States Probation," and "all documents with respect to Jerry George Wood Jr., intake, evaluations, psychologist name, . . . during the period but not limited to 2014." *Id.*

The Court denies the motion. Plaintiff fails to establish the information sought is relevant. The amended complaint in this case alleges defendants have not provided adequate mental health care at Snohomish County Jail beginning in 2017. In essence, plaintiff alleges defendants failed

to properly assess or treat his mental health problems. The motion plaintiff filed however seeks mental health information from 2014. There is nothing showing a connection between plaintiff's condition in 2014 and the time period set forth in the amended complaint. There is nothing showing the named defendants, who are Snohomish County employees, possessed the US Probation materials sought, or knew their contents.

Moreover, the motion contends plaintiff was taken to Snohomish County Jail on October 9, 2014. The Court's records establish plaintiff appeared in U.S. District Court on October 10, 2013, and was released from custody that day. Plaintiff's release contradicts the implication plaintiff was genuinely suicidal at or about that time frame.

The clerk shall provide a copy of this order to plaintiff.

DATED this 23rd day of January, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge