UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR, <br><br> Plaintiff, <br><br> v. <br><br> DAN STITES, et al., <br><br> Defendants. | CASE NO. C18-983-MJP-BAT <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff Jerry G. Wood Jr.'s Motion for Reconsideration. (Dkt. No. 54.) On January 7, 2019, the Court denied Plaintiff's Motion for Default. (Dkt. No. 31.) On January 24, 2019, Plaintiff filed a Notice of Appeal with the Ninth Circuit with respect to that Order. (See Dkt. No. 37.) On February 25, 2019, the Ninth Circuit dismissed the appeal for lack of jurisdiction "because the order challenged in the appeal is not final or appealable." (Dkt. No. 46.)

Plaintiff now moves for reconsideration of the Court's Order denying his Motion for Default. Plaintiff contends that because the Ninth Circuit found that the underlying order was

not a "final order," he "should be afforded the opportunity to argue and present his case" with respect to his claim for default judgment. (Dkt. No. 54.) Plaintiff offers no grounds for reconsideration, and his contention that the dismissal of his appeal provides an invitation for this Court to reconsider its underlying order is frivolous. In any event, the Local Rules provide that motions for reconsideration are "disfavored" and must be filed "within fourteen days after the order to which it relates is filed." LCR 7(h).

Because Plaintiff has failed to comply with the requirements of LCR 7(h), the Court DENIES the Motion for Reconsideration.

The clerk is ordered to provide a copy of this order to Plaintiff.

Dated March 13, 2019.

Marsha J. Pechman
United States District Judge