UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAN STITES, et al.,<br><br>　　　　　　Defendant. | CASE NO. C18-983-MJP-BAT<br><br>**ORDER** |

Jerry George Wood Jr. proceeding *pro se* in this 42 U.S.C. § 1983 action previously moved for leave to amend his complaint. Dkt. 67. The motion was noted for consideration on May 3, 2019. *Id.* By order dated May 7, 2019, this Court denied Mr. Wood's motion "because the proposed amendment would cause undue prejudice to defendants and, with respect to some claims, because plaintiff unduly delayed in seeking to pursue these claims in this action." Dkt. 81. On May 10, 2019, Mr. Wood filed a reply to his motion to amend. Dkt. 82. The Court has considered Mr. Wood's reply and finds it does not alter the determination to deny the motion to amend the complaint.

//

//

//

ORDER - 1

Accordingly, the order denying the motion to amend dated May 7, 2019, remains in effect. Dkt. 81. The Clerk is directed to provide a copy of this order to plaintiff and counsel for defendants.

DATED this 14th day of May, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 2