UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR, <br><br> Plaintiff, <br><br> v. <br><br> DAN STITES, et al., <br><br> Defendant. | CASE NO. C18-983-MJP-BAT <br><br> **ORDER DENYING MOTION FOR OVER-LENGTH BRIEF** |

Jerry George Wood Jr. moves for leave to file an over-length brief of 41 pages in opposition to defendants' motion for summary judgment and motion to dismiss. Dkt. 83. By order dated April 30, 2019, the Court granted defendants' motion for leave to file an over-length brief in support of their motion for summary judgment. Dkt. 70. The Court's order allowed both parties an additional 11 pages of briefing (for a total of 35 pages) to address the motion for summary judgment. *Id.* Motions for leave to file over-length motions or briefs are generally disfavored. LCR 7(f). Here the Court finds the additional 11 pages (for a total of 35 pages) which have already been granted to Mr. Wood for his response are sufficient to address to the issues raised in defendants' motion.

//

//

ORDER DENYING MOTION FOR OVER-LENGTH BRIEF - 1

1 | Accordingly, Mr. Wood's motion for leave to file an over-length brief (Dkt. 83) is
2 | DENIED.

DATED this 17th day of May, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION FOR OVER-
LENGTH BRIEF - 2