UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY GEORGE WOOD JR,<br><br>               Plaintiff,<br><br>   v.<br><br>DAN STITES, et al.,<br><br>               Defendant. | CASE NO. C18-983-MJP-BAT<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Jerry George Wood, Jr., moves for an extension of time (from May 20, 2019 to May 28, 2019) to file his response to defendants' motion for summary judgment and motion to dismiss. Dkt. 86. Mr. Wood contends defendants' motion was filed on May 2, 2019, but that he did not receive it at the jail until May 6, 2019. *Id.* He requests additional time to file a response based upon the "volume of defenses" raised in defendants' motion, the large amount of discovery he must review, and because he his waiting on some additional evidence that he just became aware of which he believes would support his response to defendants' motion. *Id.* Defendants oppose Mr. Wood's request. Dkt. 87.

Keeping in mind Mr. Wood's status as a *pro se* prisoner, the Court finds Mr. Wood has made a sufficient showing to warrant a short extension to file his response to defendants' motion. Accordingly, the motion for an extension of time (Dkt. 86) is GRANTED. No further extensions

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1

1 | will be granted. Mr. Wood may file his response to defendants' motion on or before **May 28,**
2 | **2019**. The Clerk is directed to re-note defendants' motion for summary judgment and motion to
3 | dismiss (Dkt. 71) to **May 31, 2019**.

DATED this 22nd day of May, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 2