UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY GEORGE WOOD JR,

        Plaintiff,

v.

KEVIN YOUNG, et al.,

        Defendant.

CASE NO. C18-983-MJP-BAT

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE AND GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION**

Defendant moves to strike plaintiff's surreplies (Dkts. 91, 93) filed in response to defendants' motion to dismiss. Dkt. 95. **Defendants' motion (Dkt. 95) is DENIED**. The Court has also considered the document entitled "motion to introduce additional pertinent evidence" (Dkt. 97) and **the clerk is directed to terminate the motion on the docket**. The court will consider all the pleadings submitted with respect to defendants' motion to dismiss and issue a report and recommendation shortly.

Plaintiff also filed a motion to dismiss defendant Kevin Young (Dkt. 92) but subsequently filed a "motion to strike" his motion to dismiss (Dkt. 94). The Court construes this as a request to withdraw plaintiff's motion to dismiss defendant Kevin Young (Dkt. 92). Plaintiff's request is granted and **the Clerk is directed to mark plaintiff's motion to dismiss**

ORDER DENYING DEFENDANTS' MOTION
TO STRIKE AND GRANTING PLAINTIFF'S
REQUEST TO WITHDRAW MOTION - 1

**defendant Kevin Young (Dkt. 92) as withdrawn and terminate the motion on the docket.**

DATED this 12th day of July, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING DEFENDANTS' MOTION
TO STRIKE AND GRANTING PLAINTIFF'S
REQUEST TO WITHDRAW MOTION - 2